United States District Court
Southern District of Texas
FILED

NOV 02 2012

David J. Bradley, Clerk

United States Court of Appeals
Fifth Circuit

**FILED**

October 9, 2012

Lyle W. Cayce
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

No. 11-40537

D.C. Docket No. 7:09-CR-1543-2

UNITED STATES OF AMERICA,

    Plaintiff - Appellee

v.

DAMIAN MONTALVO,

    Defendant - Appellant

    Appeal from the United States District Court for the
    Southern District of Texas, McAllen

Before WIENER, ELROD, and SOUTHWICK, Circuit Judges.

## JUDGMENT

    This cause was considered on the record on appeal and was argued by counsel.

    It is ordered and adjudged that the judgment of the District Court is affirmed.

ISSUED AS MANDATE:

OCT 31 2012

A True Copy
Attest

Clerk, U.S. Court of Appeals, Fifth Circuit

By: _____
          Deputy

New Orleans, Louisiana   OCT 31 2012